IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RICHARD LANCE MELTON                                                                           PLAINTIFF

V.                                    NO: 4:16CV00730 DPM/PSH

TONY PELTON *et al*                                                                          DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge D.P. Marshall Jr.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Richard Lance Melton, an inmate at the Saline County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on October 7, 2016.[1]  Melton did not pay the $400.00 filing and administrative fees, or file an application for leave to proceed *in forma pauperis*.  Accordingly, on October 11, 2016, the Court entered an order directing Melton to either pay the filing and administrative fees or file an application for leave to proceed *in forma pauperis* within 30 days.  Doc. No. 2.  That same order warned Melton that his failure to comply would result in the

---

[1]Melton is one of five plaintiffs named in the complaint.  Pursuant to direction from the Court, the Clerk opened five individual cases, each with a single plaintiff.

recommended dismissal of his complaint.

More than 30 days have passed, and Melton has not paid the filing and administrative fees, filed an application for leave to proceed *in forma pauperis*, or otherwise responded to the Court's order. Under these circumstances, the Court concludes that Melton's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Richard Lance Melton's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 16th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE