IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICHARD LANCE MELTON                                        PLAINTIFF

v.                          No. 4:16-cv-730-DPM

TONY PELTON, Kitchen Staff Management,
Saline County Detention Center; FREDDY WISE,
Kitchen Staff Management, Saline County
Detention Center; PARKER, Sergeant, Saline
County Detention Center; and MASSIET,
Lieutenant, Saline County Detention Center          DEFENDANTS

ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Melton hasn't paid the filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. № 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 December 2016