IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICHARD LANCE MELTON                                PLAINTIFF

v.                    No. 4:16-cv-730-DPM

TONY PELTON, Kitchen Staff Management,
Saline County Detention Center; FREDDY WISE,
Kitchen Staff Management, Saline County
Detention Center; PARKER, Sergeant, Saline
County Detention Center; and MASSIET,
Lieutenant, Saline County Detention Center        DEFENDANTS

## JUDGMENT

Melton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2016